UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

SANDRA MARIE FRANK,                               Case No. 04-X-72017
                                                             Bankr. Case No. 04-40607

      Debtor.                                                  HON. AVERN COHN

_____/

**ORDER DISMISSING CERTIFICATION TO DISTRICT COURT UNDER 11 U.S.C. § 110(i)(1) FOR FAILURE OF DESIGNATED PARTIES TO PURSUE RELIEF**

On May 27, 2004, the Bankruptcy Court certified to the District Court the instant matter under 11 U.S.C. § 110(i)(1). That provision requires a motion of the debtor, the trustee, or the creditor to hold a hearing before the Court may take any action on the certification.

As of September 22, 2005, no such motion has been filed by one of the statutorily designated parties.

Accordingly, this case is DISMISSED for failure to pursue the case by any of the parties listed under 11 U.S.C. § 110(i)(1).

SO ORDERED.

                                            s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

Dated: September 22, 2005

I hereby certify that a copy of the foregoing document was mailed to parties and counsel of record on this date, September 22, 2005, by electronic and/or ordinary mail.

                                            s/Julie Owens
                                            Case Manager (313) 234-5160